NOT FOR PUBLICATION                                                          CLOSED

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAN DURAN, | : |
| Plaintiff, | : |
| v. | :   Hon. Dennis M. Cavanaugh |
| | :   **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | :   Civil Action No. 09-CV-03812 (DMC) |
| Defendant. | : |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff, Adan Duran ("Plaintiff"), to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's affidavit;

**WHEREFORE** Plaintiff receives $812 in unemployment compensation every two weeks and has approximately $2,000 in savings, considerably more than is needed to pay the filing fee required;

**WHEREFORE** requiring Plaintiff to pay a filing fee does not contradict the dictates of 28 U.S.C. § 1915;

IT IS on this 29 day of September, 2009;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Date: September ___, 2009
Orig.: Clerk
cc: Counsel of Record
    The Honorable Mark Falk, U.S.M.J.
    File